

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-19-00184-CV

**BRIAN K. MEDLOCK,**

                                                                                                **Appellant**

 **v.**

**HARMONY COMMUNITY HOMEOWNER ASSOCIATION, INC.,**

                                                                                                **Appellee**

_____

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 99476**

_____

## MEMORANDUM OPINION

_____

Brian K. Medlock appeals a default judgment rendered against him. His filing fee for this appeal is past due. In a letter dated June 27, 2019, the Clerk of this Court warned Medlock that his appeal would be presented to the Court for dismissal if the fee was not paid within 10 days from the date of the letter. *See* TEX. R. APP. P. 42.3(c). More than 10 days have passed and we have not received the fee, or any communication, from Medlock.

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed August 7, 2019
[CV06]

